■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LESTER GRANT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered April 25, 1990, convicting him of murder in the second degree, and attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We disagree with the defendant's contention that the court denigrated trial counsel in front of the jury, denying him a fair trial. The record reveals that trial counsel had continually ignored the court's directives regarding the procedure of the trial, and had, at one point, added words to a report with which he attempted to impeach the credibility of a prosecution witness. Contrary to the defendant's contention, this court's prior decision in *People v Montes* (141 AD2d 767) does not require reversal since the court's actions did not "cast[ ] a pall of suspicion" *(People v De Jesus,* 42 NY2d 519, 524) over the defendant's case.

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Sullivan, J. P., Lawrence, Ritter and Santucci, JJ., concur.